AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

MAR 18 2016

MATTHEW J. DYKMAN
CLERK

| | |
|---|---|
| United States of America<br>v.<br>John Hanrahan<br><br>*Defendant(s)* | ) ) ) ) ) ) ) Case No.  16mj1076 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __March 17, 2016__ in the county of __Bernalillo__ in the _____ Judicial District of __New Mexico__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21 U.S.C. Section 841(a)(1) and (b)(1)(A) | Possession with Intent to Distribute 1000 grams and more of a mixture or substance containing a detectable amount of heroin, a controlled substance |
| Title 21 U.S.C. Section 841(a)(1) and (b)(1)(B) | Possession with Intent to Distribute 50 grams and more of a mixture or substance containing a detectable amount of methamphetamine, a controlled substance |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

SA Christopher Godier
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __03/18/2016__

_____
*Judge's signature*

City and state: __Albuquerque, New Mexico__

U.S. Magistrate Judge
*Printed name and title*

Affidavit

1. I, Christopher Godier, a Special Agent of the Drug Enforcement Administration (DEA), being duly sworn, depose and state:

2. I am a Special Agent of the Drug Enforcement Administration and have been so employed since August 2003. I am currently assigned to the Albuquerque District Office, of the DEA, specifically assigned to investigate federal drug offenses.

3. This affidavit is made in support of the issuance of a Criminal Complaint charging John HANRAHAN with possession with intent to distribute 1000 grams and more of a mixture or substance containing a detectable amount of heroin, in violation of Title 21 U.S.C. Sections 841(a)(1) and (b)(1)(A) and possession with intent to distribute 50 grams and more of a mixture or substance containing a detectable amount of methamphetamine, in violation of Title 21 U.S.C. Sections 841(a)(1) and (b)(1)(B).

4. On March 15, 2016, New Mexico State District Judge David Williams signed a state search warrant for 12120 Menaul Blvd NE, Apartment B, Albuquerque, NM 87112.

5. On March 17, 2016, at approximately 11:00 a.m. Region III agents executed the warrant at 12120 Menaul Blvd NE, Apartment B, Albuquerque, NM. 87112. John HANRAHAN was taken into custody as he exited Apartment B and walked to his vehicle in the parking lot.

6. Agents located two females in the apartment. Claudine Montano was in the west bedroom of the apartment lying in bed. Elizabeth Metzger was in the southwest bedroom of the residence.

7. A search of the residence was conducted and approximately 1720 gross grams of heroin contained in two clear plastic zip-lock type bags, which were located in the closet, of the southwest bedroom of the residence, on the south end of this closet, were found. Approximately 128 gross grams of methamphetamine was located in this same location. This heroin and methamphetamine were concealed in a Baltimore Ravens black zippered laptop computer bag further concealed in a white cardboard box on the floor of the closet. Also in this same cardboard box, a purple zippered bag with a large sum of United States currency was found.

8. In this same closet in the southwest bedroom of the apartment, approximately 241 gross grams of heroin was located and an additional large sum of United States currency all concealed in a tan cardboard box located in the top drawer of a plastic three drawer tower.

9. The two large amounts of United States currency were seized and HANRAHAN was asked if he would sign the DEA SSEE (self sealing evidence envelope) and HANRAHAN advised that the money was his money and signed the SSEE witnessing the SSEE being sealed.

10. In this same bedroom I observed that all of the clothing in this closet was men's clothing and was approximately the size clothing that would fit HANRAHAN. I further observed two prescription pill bottles on the headboard of the bed in this room. I observed that both prescription pill bottles were prescribed to the name John HANRAHAN. I observed a pair of

eyeglasses on this headboard as well and I took these eyeglasses to HANRAHAN who advised that the eyeglasses belonged to him.

11. In the closet of the southwest bedroom I observed a plastic storage bin next to the plastic three drawer tower. In this plastic bin multiple documents including PNM bills were present and all listed the name John HANRAHAN. The PNM bill listed the address 12120 Menaul Blvd NE, Apt 2, Albuquerque NM 87112. Other documents in this same location listed HANRAHAN's name and the address of 12120 Menaul Blvd NE, Apt B, Albuquerque, NM 87112.

12. Agent Sandoval read HANRAHAN his rights per *Miranda* while at the apartment and at that time HANRAHAN advised he did not wish to speak to agents and wanted an attorney. After being transported to the Albuquerque DEA Office for booking, HANRAHAN advised that he wished to speak to me. I read HANRAHAN his rights per *Miranda,* in English as witnessed by Region III Agent Adam Sandoval and HANRAHAN advised that he understood his rights and agreed to waive his rights and speak with agents. HANRAHAN advised that the southwest bedroom of the apartment was his bedroom. HANRAHAN advised that the heroin and the money belonged to him and he was responsible for all of it. HANRAHAN further advised that the money was approximately $15,000 dollars.

13. SA David Howell as witnessed by Region III Agent Thomas Maes weighed the heroin seized and obtained a total weight of 1961 gross grams for the heroin or 1.961 kilograms. SA Howell field tested the heroin and obtained a presumptive positive result for the presence of heroin for both quantities of heroin. SA Howell weighed the methamphetamine seized from the residence and obtained a total weight of 128 gross grams. SA Howell field tested the methamphetamine and obtained a presumptive positive result for the presence of methamphetamine.

14. Based on my training and experience I know that 1961 gross grams of heroin is a distributable amount of heroin and that 128 gross grams of methamphetamine is a distributable amount of methamphetamine. Further I know that the bulk currency is also consistent with my belief that HANRAHAN utilized 12120 Menaul Blvd, Apartment B, Albuquerque, NM, to distribute heroin.

_____
Christopher S. Godier, Special Agent
Drug Enforcement Administration
Sworn and subscribed to before me
this 18th day of March , 2016.

_____
United States Magistrate Judge