IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                   Case No. 16-CR-1418-JCH

JOHN HANRAHAN,

    Defendant.

## NOTICE

COMES NOW Defendant John Hanrahan, by his court-appointed attorney, Jacquelyn Robins, Esq., and hereby gives notice that he no longer wishes to appeal the sentence imposed by the Court on December 17, 2019. The Sentencing Minute Sheet (Doc. 143) indicates that at the time of the sentencing, Defendant Hanrahan was requesting that the undersigned counsel file an appeal. However, upon reflection and with consultation with the undersigned counsel, Defendant Hanrahan stated that he did not want to appeal.

Respectfully submitted,

__Signed 1/2/20_____
**JACQUELYN ROBINS, ESQ.**
Attorney for Defendant Hanrahan
P.O. Box 8524
Albuquerque, New Mexico 87198
(505) 242-5359

This will certify that on January 2, 2020, the foregoing document was filed through the CM/ECF system and as such was the equivalent of service to AUSA Kristopher Houghton and all counsel of record.

__Signed 1/2/20_____
**JACQUELYN ROBINS, ESQ.**