4/22/23

To

The Honorable "Judith C. Herrera" And or the Assistant was or is Bernadette Anton Williams, I am still having issues on Criminal issues from June 30, 1979 a Auto-Burglary Paragraph #4, an Also Paragraph #45 to An Aggravated Assault +And a Residential Burglary on October 2#1979 the Disposition of those Cases are Unknown an No Information, An since Both Cases are well over 40 years, Im pretty sure there is a Clear show of Sloppy Paper work in Both Cases, Since the feds or Bop, are now Using those 2 Cases against me a Detainer, where I cant go to a lower level facility, or get any half way house time Because of the lack of Dispositions on the Both Cases,

Now I cant explain how I was Released a Couple of times from state Custody of New Mexico for almost a half Century old Cases, I honestly feel that I need a New Attorney to help me in this Matter, that should have Been taken Care of 40 years Earlier, I would Appreciate any time or Effort in helping me Resolve this Matter thank you Very much!

Respectfully
John Patrick Hanrahan

P.S. my Case # is 16 CR 148

John HANRAHAN # 87017-051
FCI FLoRence
P.O. Box 6000
FLoRence, CO
81226

Name: John HANRAHAN NA 503
Reg. No.: 87017-051
Federal Correctional Institution
P.O. Box 6000
Florence, CO. 81226



DENVER CO 802

25 APR 2023 PM 2 L

⟺87017-051⟺
Judith Herrerra
333 Lomas BLVD NW
Albuquerque, NM 87102
United States

87102-227785