**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

**v.**                                      **16-CR-01418-JCH**

**JOHN HANRAHAN,**
      **Defendant.**

**DEFENDANT'S EMERGENCY UNOPPOSED**
**MOTION FOR TELEPHONIC STATUS CONFERENCE**

COMES NOW, **JOHN HANRAHAN,** through his appointed counsel of record, Britany J. Schaffer, and respectfully moves the Court to hold an emergency status conference as to the status of Defendant John Hanrahan. As grounds Defendant states:

1.     On December 19, 2023, the Court sentenced John Hanrahan to 170 months pursuant to a plea agreement. (Doc. 144) (amended in Doc. 145).

2.     On May 10, 2023, undersigned counsel was appointed to represent Mr. Hanrahan regarding Mr. Hanrahan's placement in a medical facility. (Doc. 149).

3.     On or around March 5, 2025, Mr. Hanrahan was released from custody and placed into Diersen Charities as a Residential Reentry Center.

4.     Around March 12, 2025, Mr. Hanrahan contacted undersigned counsel to discuss various medical complications: namely the fact that he was not receiving necessary medical care and was openly bleeding without any treatment or even a covering for his wounds.

5.     Mr. Hanrahan has numerous medical diagnoses, including Type 1 diabetes mellitus with diabetic neuropathy, a Crushing injury of his foot which occurred while he was in BOP custody resulting in amputation, an ill-fitting prosthetic placed while in BOP custody, and other medical symptoms which have not been adequately treated while in custody.

6.      Between March 12, 2025 and March 31, 2025, undersigned counsel attempted to contact Diersen Charities, where he was released. The receptionist provided the information for Ms. Chewiwi as his case worker. Despite multiple attempts to contact Ms. Chewiwi on a weekly basis, if not more, Diersen never responded to counsel's inquiry into Mr. Hanrahan's medical treatment and status.

7.      Around March 19, 2025, Counsel for Mr. Hanrahan received notice that he was told to pack his belongings and that he believed he was being taken downtown.

8.      Counsel for Mr. Hanrahan then contacted the United States Probation Office to attempt to contact his probation officer to address these concerns, in case he was being arrested for a probation violation. A probation officer had not been assigned to Mr. Hanrahan's case.

9.      The United States Marshals Service Prisoners In Custody Lists between March 19 and April 2, 2025, have not indicated that Mr. Hanrahan was in custody.

10.      Counsel for Mr. Hanrahan also attempted to contact the United States Marshals Service and the Cibola County Correctional Center, to locate Mr. Hanrahan; however, the United States Marshals Service accurately indicated that the Bureau of Prisons was the proper party to contact, although it was unclear whom should be contacted to address this issue.

11.      On March 30, 2025, Counsel received information that Mr. Hanrahan was at the Otero County Correctional Center. However, there is no information confirming this information.

12.       In conferring between the Assistant United States Attorney and Defense Counsel, the parties agreed that a telephonic status conference is necessary to determine the status of the Defendant and to address his medical needs.

WHEREFORE, for the foregoing reasons, the Defendant respectfully requests that the Court schedule an emergency telephonic status conference within the Court's availability to address Mr. Hanrahan's placement in BOP custody and his medical needs.

Respectfully Submitted,

*/s/ Britany J. Schaffer*
Britany J. Schaffer
Ahmad Assed & Associates
818 5th St. NW
Albuquerque, NM 87102
Phone: (505) 246-8373
Fax: (505) 246-2930
britany@assedlaw.com
Attorney for John Hanrahan

**CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of April, 2025, I filed the foregoing electronically through the CM/ECF system, which caused Counsel for the Plaintiff to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Kristopher Houghton
Assistant United States Attorneys
United States Attorney's Office
201 Third Street NW, Suite 900
Albuquerque, NM 87103

*/s/ Britany J. Schaffer*
Britany Schaffer
Attorney for John Hanrahan