# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW MEXICO

## <u>Clerk's Minutes</u>

**<u>Before the Honorable Senior Judge Judith C. Herrera</u>**

**<u>Case No.:</u>** CR16-1418 JCH                **<u>Date:</u>** 4/8/2025

**<u>Parties:</u>** USA v. John Hanrahan

**<u>Courtroom Clerk/Law Clerk:</u>** R. Garcia

**<u>Court Reporter:</u>** Sandra Silva

**<u>Interpreter:</u>** N/A

**<u>Type of Proceeding:</u>** Telephonic Status Conference

**<u>Place of Court:</u>** Albuquerque

**<u>Total time in Court:</u>** 9 minutes

**<u>Evidentiary Hearing:</u>** NO

| **<u>Attorneys Present for Plaintiff(s):</u>** | **<u>Attorneys Present for Defendant(s):</u>** |
|---|---|
| Kristopher Houghton | Britany Schaffer |

**<u>Proceedings:</u>**

10:09   Court in telephonic session; counsel enter appearances. PO Wade Miller present; Defendant not present.

The Court notes this hearing set at the request of defense counsel.

Ms. Schaffer addresses the Court re her client's current release status and needs for medical care; notes client has been communicating with her by letter re his current conditions and status.

Mr. Houghton addresses the Court; surprised Defendant was released in what appears to be an early manner from BOP; has contacted BOP but has not received a response yet.

PO Wade Miller addresses the Court; has reached out to BOP; notes BOP released the Defendant to Diersen as part of his custodial sentence; Diersen advised BOP the Defendant was ineligible to reside at Diersen due to his medical conditions and need for care; Defendant returned to the custody of BOP and currently residing at Otero County detention facility; BOP indicates Defendant will be transferred to Fort Worth medical facility.

Mr. Houghton notes Ft. Worth is a federal medical center.

Ms. Schaffer welcomes the information provided and will follow-up with BOP.

10:18    Court in recess.